UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GIAN BENEDETTI

VS

C.A. NO. CA 06 176S

CITY OF PROVIDENCE, by and
Through STEPHEN NAPOLITANO
In his Capacity as Treasurer of the
City of Providence, ROBERT AUTERI
AMY BIBEAULT, AND DOES 1
THROUGH 10

**PETITION FOR REMOVAL FROM STATE COURT**

The Honorable Judges of the United States District Court for the District of Rhode Island:

Now comes the Defendant City of Providence pursuant to 28 U.S.C.§1441 and 1446 for removal of Providence Superior Court Civil Action No. 05-6523 entitled "Gian Benedetti v. City of Providence, et al."

In support of said petition for removal, your petitioner states as follows:

1. It first became aware of Plaintiff's Complaint when it was served a copy of the complaint during the week of March 23, 2006.

2. Plaintiff's complaint contains allegations that your petitioner/defendants, unlawfully discriminated against him as follows:

a. harassment based on race or violation of equal protection cause of the 14th Amendment.

b. failed to train and supervise police officers.

3. The required filing fee has been filed contemporaneously with this petition, together with a copy of all process pleadings served upon them in this action.

4. Copies of this petition are being filed with all parties who have been served with process in this action as well as with the Clerk of the Providence County Superior Court.

5. All of the defendants in this action, who have been served to date, consent to the removal of this action as set forth below.

Defendant,

By its Attorney:

Joseph M. Fernandez
City Solicitor

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorney of Record as listed below on this 19th day of April, 2006.

James P. Howe, Esquire
215 Broadway
Providence, Rhode Island 02903