STATE OF RHODE ISLAND SUPERIOR COURT

GIAN BENEDETTI

VS.
CITY OF PROVIDENCE'
By and through
STEPHEN NAPOLITANO,
In his capacity as Treasurer
of the City of Providence
ROBERT AUTERI,
AMY BIBEAULT, AND
DOES 1THROUGH 10

C.A. NO: 05-6523

**COMPLAINT**
**(Parties)**

NOW comes the Plaintiff and alleges and states as follows:

1. The Plaintiff now and at all times material hereto was a resident of the City of Providence, County of Providence, State of Rhode Island.
2. The Defendant, City of Providence is now and at all times material hereto was a municipally organized and existing under and by virtue of the constitution and Laws of the State of Rhode Island and the Defendant Stephen Napolitano is now and at all times material hereto was the Treasurer of the City of Providence.
3. That the Defendant Amy Bibeault ("Bibeault") is now and at all times material hereto was a Patrolwomen of the City of Providence Police Department, and as such an agent and employee of the City of Providence.
4. That the Defendant Robert Autieri ("Auteiri") at all Times material hereto was a Patrolman of the City of Providence Police Department, And as such a agent and employee of the City of Providence.
5. That at all times material hereto the Defendant Does 1 through 10 were officers, administrators and officials of the City of Providence Police Department.

**FACTS**

1. That on or about December 22, 2002 the Plaintiff was operating a motor vehicle along and upon a highway in the City of Providence.

2. That on or about December 22, 2002 the Plaintiff while operating his motor vehicle was allegedly involved in a motor vehicle collision with the Defendant Autieri.

3. That on or about said date the Plaintiff after said alleged collision was subject to a vehicle stop by the Defendant Bibeault, said defendant at said time and place was acting in her capacity as a police officer of the City of Providence Police Department.

4. That at said time and place the Plaintiff was being questioned by the Defendant, Bibeault regarding the alleged collision.

5. That at said time and place while in the custody of the Defendant Bibeault the Plaintiff was subject to an unwarranted and repeated physical assault committed by the Defendant Autieri and Does 1 through 5.

6. That at said time and place the Defendant Amy Bibeault was along and upon the scene of said assault and did not restrain or prevent said assault.

7. That the actions of the Defendant's Amy Bibeault, Robert Autieri, and Does 1 through 10 jointly and severally caused severe, permanent physical injury to the Plaintiff.

8. That as a result of the acts of the Defendants jointly and severally the Plaintiff sustained medical expenses, lost earnings, lost earning capacity, and pain and suffering.

WHEREFORE, the Plaintiff demands judgment in his favor against the Defendants in an amount sufficient to satisfy the jurisdictional limits of this Honorable Court.

Plaintiff,
By his attorney

James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile

**COUNT II**

9. Plaintiff, incorporates and re-alleges all allegations as contained in paragraphs 1 through 8 as if set forth fully herein.

10. That the acts of the Defendant's, Amy Bibeault, Robert Autieri and Does 5 through 5 were in violation of the Due Process, Equal Protection and Civil Rights of the Plaintiff as afforded the Plaintiff by virtue of the Fourth, Eleventh, and Fourteenth amendments to the United State constitution, and Article I of the Rhode Island Constitution.

WHEREFORE, Plaintiff prays this Honorable Court demand judgment in his favor against the Defendant's in an amount to satisfy the jurisdictional limits of this Honorable Court.

Plaintiff,
By his attorney

James P. Howe #2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile

**COUNT III**

11. Plaintiff, incorporates and re-alleges all allegations as contained in paragraphs 1 through 10 as if set forth fully herein.

12. That the Defendant City of Providence and through its agents, employees members, administrators and supervisors of the City of Providence Police Department and more specifically Does 5 through 10 caused the injury to the Plaintiff and the violation of his Due Process, Equal Protection, and Civil Rights in negligently and/or intentionally failing to:

    (a) Monitor, train and supervise the Defendant Bibeault and Does 1 through 10 in the methods and procedures to be employed in the arrest and detention of criminal suspects.

    (b) Monitor, train, and supervise the Defendant Autieri in the methods and procedures to be employed in the arrest and detention of criminal suspects.

(c) Discipline the Defendant, Auteiri, and take appropriate measures to prevent the actions of Auteiri after having knowledge of Auteiri's propensities, actions and activities as a Patrolman of the City of Providence Police Department.

13. That the failure of the Defendant, City of Providence by and through its agents and employees, members, administrators and supervisor of the City of Providence Police Department, and Does 5 through 10, jointly and severally violated the Due Process, Equal Protection, and Civil Rights of the Plaintiff.

WHEREFORE, Plaintiff prays this Honorable Court demand judgment in his favor against the Defendant's in an amount to satisfy the jurisdictional limits of this Honorable Court.

Plaintiff,
By his attorney

James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile

**COUNT IV**

14. Plaintiff incorporates and re-alleges paragraphs 1- 13 as fully set forth herein.

15. The actions of the Defendant's City of Providence, Bibeault, Auteiri and Does 1 through 10 jointly and severally constituted a violation of Plaintiff's Civil Rights pursuant to 42 U.S.C. 1983 et seq.

WHEREFORE, Plaintiff prays this Honorable Court demand judgment in his favor against the Defendant's in an amount to satisfy the jurisdictional limits of this Honorable Court.

Plaintiff,
By his attorney

James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile

**COUNT V**

16. Plaintiff incorporates and re-alleges paragraphs 1-15 as fully set forth herein.

17. The actions of the Defendants City of Providence, Bibeault, Auteiri, and Does 1through 10 jointly and severally caused Plaintiff's false arrest and malicious prosecution.

WHEREFORE, Plaintiff prays this Honorable Court demand judgment in his favor against the Defendant's in an amount to satisfy the jurisdictional limits of this Honorable Court.

Plaintiff,
By his attorney

James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile