**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GIAN BENEDETTI

VS

CITY OF PROVIDENCE, by and Through STEPHEN NAPOLITANO In his Capacity as Treasurer of the City of Providence, ROBERT AUTERI AMY BIBEAULT, AND DOES 1 THROUGH 10

CA 06 176
C.A. NO.

## ANSWER OF DEFENDANT, CITY OF PROVIDENCE

## PARTIES

1. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

4. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

5. Paragraph 5 of Plaintiff's Complaint requires no response from this Defendant. To the extent that it does, Defendant denies the same.

**FACTS**

1. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

2. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

3. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

4. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

5. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

6. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

7. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

8. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

**COUNT II**

9. Defendant hereby incorporates by reference his answers to Paragraphs 1 through 8 above, as if fully stated herein.

10. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 10 of Count II of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

**COUNT III**

11. Defendant hereby incorporates by reference his answers to Paragraphs 1 through 10 above, as if fully stated herein.

12. Defendant denies generally and specifically each and every allegation contained in Paragraph 12, 12(a), 12(b) and 12(c) of Count III of Plaintiff's Complaint.

13. Defendant denies generally and specifically the allegations contained in Paragraph 13 of Count III of Plaintiff's Complaint.

**COUNT IV**

14. Defendant hereby incorporates by reference his answers to Paragraphs 1 through 13 above, as if fully stated herein.

15. Defendant denies generally and specifically the allegations contained in Paragraph 15 of Count IV of Plaintiff's Complaint.

**COUNT V**

16. Defendant hereby incorporates by reference his answers to Paragraph 1 through 15 above, as if fully stated herein.

**AFFIRMATIVE DEFENSES**

1. Plaintiffs' action is barred by the passing of the statute of limitations.

2. Plaintiffs' Complaint fails to state a cause of action upon which relief may be granted.

3. The Providence Police Department is not a legal entity.

4. That any injury or damage suffered by the Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct.

5. That the actions of the Defendant and/or Defendant's agents in all respects were reasonable, proper and legal.

6. To the extent that the Plaintiffs suffered any damages, such damages were caused or contributed to by the Plaintiffs' negligence.

7. To the extent that the Plaintiffs suffered any damages, the risk of such damages was assumed by the Plaintiffs.

8. The Defendant's agents acted, at all times material hereto, in good faith.

9. The Defendant's agents had legal justification for all its actions relative to the Plaintiffs.

10. Defendant's liability is limited by R.I.G.L. § 9-31-3.

11. That the actions of the Defendant were lawful and proper and probable cause existed for the arrest of Plaintiff.

WHEREFORE, Defendant demands that Plaintiffs' Complaint be denied and dismissed; that judgment enter for this Defendant and that Defendant be awarded costs and attorneys' fees.

DEFENDANT,

CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN T. NAPOLITANO

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorney of Record as listed below on this 19th day of April, 2006.

James P. Howe, Esquire
215 Broadway
Providence, Rhode Island 02903