UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GIAN BENEDETTI

VS C.A. NO. 06-176S

CITY OF PROVIDENCE, by and
Through STEPHEN NAPOLITANO
In his Capacity as Treasurer of the
City of Providence, ROBERT AUTERI
AMY BIBEAULT, AND DOES 1
THROUGH 10

**NOTICE OF FILING OF STATE COURT RECORD**

Now comes the Defendant, City of Providence, and gives notice that it is filing herewith certified copies of all records and proceedings, including docket entries, from the matter of "Gian Benedetti v. City of Providence, et al.," Providence Superior Court Civil Action No. 05-6523. This is being done in compliance with Local Rule 36(b).

Defendant,
City of Providence;

By its Attorney:

Joseph M. Fernandez
City Solicitor

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the Attorney of Record as listed below on this 27th day of April, 2006.

James P. Howe, Esquire
215 Broadway
Providence, Rhode Island 02903

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-6523 GIAN BENEDETTI V CITYOF PROVIDENCE

Filing Date: 12-21-2005
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 12-21-2005

Plaintiff: GIAN BENEDETTI
ID: @10704860

Attorney: JAMES HOWE

Defendant: CITY OF PROVIDENCE
ID: PROVIDENC
Defendant: STEPHEN NAPOLITANO TREASURER OF CIT
ID: @10704862
Defendant: ROBERT AUTERI
ID: @10704864
Defendant: AMY BIBEAULT
ID: @10704865

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-21-2005 | COMPLAINT FILED | |
| 12-21-2005 | INITIAL FILING FEE | |
| 12-21-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP217468. |
| 03-30-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR DEF. |
| 03-30-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR DEF. |
| 04-12-2006 | ANSWER FILED | Affiliated: CITY OF PROVIDENCE |

True Copy Attest
[signature]
Office of Clerk of Superior Court
...ties of Providence & Bristol