Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Robert A. D'Amico, Esq.

RE: CA 06-176S

Gian Benedetti v. City of Providence, et al

## ORDER

I have reviewed your document(s) presented to the Clerk's Office on 5 / 11 / 06 and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

______ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

X 10. Other Stipulations must have original signatures

ENTER:
David L Martin
United States Magistrate Judge
cc: Counsel of Record

Date: 5/12/06

RECEIVED
MAY 11 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GIAN BENEDETTI

VS.

C.A. NO.: 06-176S

CITY OF PROVIDENCE, by and through STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence, ROBERT AUTEIRI, AMY BIBEAULT, AND DOES 1-10

(R.I. SUPERIOR COURT
P.C. NO.: 06-6523)

## STIPULATION

The Defendant, Robert Autieri, may have up to and including May 31, 2006 to file an Answer or other responsive pleading to Plaintiff's Complaint.

Plaintiff, Gian Beneditti,
By his Attorney,

James P. Howe, Esquire (2716)
215 Broadway
Providence RI 02903
(401) 272-3900
(401) 831-9305 (fax)

Defendant, Robert Auteiri,
By his Attorneys,

Robert A D'Amico, Esquire (4593)
D'AMICO o BURCHFIELD, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212
(401) 454-1233 (fax)

## CERTIFICATION

I hereby certify that on this 10th day of May 2006, I mailed a true copy of the within to:

Kevin McHugh, Esquire
City of Providence Solicitor's Office
275 Westminster Street Suite 200
Providence RI 02903

Amanda Clare