FILED
MAY 18 2006
RECEIVED
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GIAN BENEDETTI

VS. C.A. NO.: 06-176S

CITY OF PROVIDENCE, by and through STEPHEN NAPOLITANO, in his capacity as Treasurer of the City of Providence, ROBERT AUTEIRI, AMY BIBEAULT, AND DOES 1-10

(R.I. SUPERIOR COURT
P.C. NO.: 06-6523)

## STIPULATION

The Defendant, Robert Autieri, may have up to and including May 31, 2006 to file an Answer or other responsive pleading to Plaintiff's Complaint.

Plaintiff, Gian Beneditti,
By his Attorney,

James P. Howe, Esquire (2716)
215 Broadway
Providence RI 02903
(401) 272-3900
(401) 831-9305 (fax)

Defendant, Robert Auteiri,
By his Attorneys,

Robert A D'Amico, Esquire (4593)
**D'AMICO o BURCHFIELD, LLP**
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212
(401) 454-1233 (fax)

## CERTIFICATION

I hereby certify that on this 16 day of May 2006, I mailed a true copy of the within to:

Kevin McHugh, Esquire
City of Providence Solicitor's Office
275 Westminster Street Suite 200
Providence RI 02903

Amanda Clare

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/18/06