JFP:pac 95365 \pleading\95365Answer.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GIAN BENEDETTI | : | |
| | : | |
| VS. | : | C. A. NO. 06-176S |
| | : | |
| CITY OF PROVIDENCE, by and through STEPHEN NAPOLITANO In his capacity as Treasurer of the City of Providence, ROBERT AUTIERI, AMY BIBEAULT and DOES 1 THROUGH 10 | : | |

**ANSWER OF THE DEFENDANTS, AMY BIBEAULT AND ROBERT AUTIERI**

*This answer is being filed on behalf of the individual defendants, Bibeault and Autieri. There are references throughout the plaintiff's complaint to certain "Doe" defendants. No answer is being filed on behalf of any unnamed defendant. A number of allegations in the plaintiff's complaint refer to both the named defendants (Bibeault and Autieri) as well as the unnamed Doe defendants. Any answer set forth herein concerns itself solely with the allegations made against the named defendants (Bibeault and Autieri). There is no intent herein to file any answer on behalf of any Doe defendants.*

**PARTIES**

1. Neither admitted nor denied.
2. Admitted.
3. Admitted.
4. Admitted.
5. No answer required by these defendants.

**FACTS**

1. Admitted.

2. Denied, based on the use of the word "allegedly." The plaintiff was in fact involved a motor vehicle collision with Autieri.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

## COUNT II

9. Defendants incorporate by reference their previous answers.

10. Denied.

## COUNT III

11. Defendants incorporate by reference their previous answers.

12. Inasmuch as these allegations are directed against the defendant, City of Providence, no answer is required by these defendants. To the extent that such an answer is required, the allegations are denied.

13. Inasmuch as these allegations are directed against the defendant, City of Providence, no answer is required by these defendants. To the extent that such an answer is required, the allegations are denied.

## COUNT IV

14. Defendants incorporate by reference their previous answers.

15. Denied.

## COUNT V

16. Defendants incorporate by reference their previous answers.

17. Denied.

## AFFIRMATIVE DEFENSES RAISED BY THE DEFENDANT BIBEAULT

1. Lack of jurisdiction over the person.

2. Insufficiency of process.

3. Insufficiency of service of process.

4. Failure to serve the defendant within the 120-days set forth under Rule 4(m) of the Federal Rules of Civil Procedure and/or Rule 4(l) of the Rhode Island Rules of Civil Procedure. *[This case was removed from the superior court to the federal district court.]*

## AFFIRMATIVE DEFENSES RAISED BY THE DEFENDANT AUTIERI

1. Any claims that the plaintiff may have against Autieri have been discharged by virtue of proceedings in the United States Bankruptcy Court involving Autieri's bankruptcy petition.

## AFFIRMATIVE DEFENSES RAISED BY BOTH DEFENDANTS, BIBEAULT AND AUTIERI

1. That any injury or damage suffered by the plaintiff was caused solely by reason of the plaintiff's wrongful acts and conduct.

2. That the actions of these defendants were lawful and proper and probable cause existed for the arrest of the plaintiff.

3. That the actions of these defendants in all respects were reasonable, proper and legal.

4. To the extent that the plaintiff suffered any damages, such damages were caused or contributed by the plaintiff's own negligence.

5. To the extent that the plaintiff suffered any damages, the risk of such damages was assumed by the plaintiff.

6. The defendants acted, at all times material hereto, in good faith and are immune from liability pursuant to the doctrine of qualified immunity.

7. The defendants had legal justification for all their actions relative to the plaintiff.

DEFENDANTS, Amy Bibeault and Robert Autieri
By their Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5/25/06 to:

James P. Howe, Esq.
215 Broadway
Providence, RI 02903

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845