JFP:co 95365 \pleading\95365MTCompel

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GIAN BENEDETTI | : | |
| | : | |
| VS. | : | C. A. NO. 06-176S |
| | : | |
| CITY OF PROVIDENCE, by and through | : | |
| STEPHEN NAPOLITANO In his capacity | : | |
| as Treasurer of the City of Providence, | : | |
| ROBERT AUTIERI, AMY BIBEAULT | : | |
| and DOES 1 THROUGH 10 | : | |

**MOTION TO COMPEL PRODUCTION**

Defendants, Amy Bibeault and Robert Autieri, hereby move to compel production of documents from the plaintiff as set out in the attached request for production dated May 25, 2006.

Defendants request a 15 day order.

No memorandum of law is required pursuant to Local Rule 12(a)(1).

DEFENDANTS,
Amy Bibeault and Robert Autieri,
By their Attorney,

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF ATTEMPT TO RESOLVE**

The undersigned hereby certifies that prior to this motion that he conferred with opposing counsel and they were unable to resolve this matter.

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq. #0607

**CERTIFICATION**

I certify that I sent a true copy of the within on September 15, 2006, to:

James P. Howe, Esq.
215 Broadway
Providence, RI 02903

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845

/s/ Joseph F. Penza, Jr.