JFP:pac 95365 \pleading\95365RP.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GIAN BENEDETTI<br><br>VS.<br><br>CITY OF PROVIDENCE, by and through STEPHEN NAPOLITANO In his capacity as Treasurer of the City of Providence, ROBERT AUTIERI, AMY BIBEAULT and DOES 1 THROUGH 10 | C. A. NO. 06-176S |

## REQUEST FOR PRODUCTION

Defendants, Amy Bibeault and Robert Autieri, pursuant to Rule 34(b) hereby request the plaintiff, Gian Benedetti, to produce true copies of the following documents within thirty days from the date hereof:

1. Any and all medical reports and bills from all physicians, hospitals or other medical institutions who have treated, examined or been consulted.

2. Any and all photographs taken of the parties or the scene of the alleged incident.

3. Any and all repair bills or estimates for the alleged property damage.

4. Any and all documents reflecting wage loss, disability or loss of capacity to earn.

5. Any and all documents which reflect the nature of the criminal charges as well as the disposition of said criminal charges that were brought against you as a result of the incident that gave rise to this litigation.

6. Any and all copies of tape recordings or transcripts of any of the traffic court or municipal trials relating to the motor vehicle charges lodged against the plaintiff. If there are no such tapes or transcripts, kindly so indicate.

7. Any and all copies of witness statements that the plaintiff obtained during the course of pretrial discovery for the criminal case from either the Prosecution Bureau or the Attorney General's Office.

8. To the extent not provided above, any and all pretrial discovery material that the plaintiff received during the course of the criminal proceedings from either the Prosecution Bureau or the Attorney General's Office.

9. Any and all documents which reflect the nature of any motor vehicle violation charges as well as the disposition of said motor vehicle violation charges that were brought against you as a result of the incident that gave rise to this litigation.

DEFENDANTS, Amy Bibeault and Robert Autieri
By their Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5/25/06 To:

James P. Howe, Esq.
215 Broadway
Providence, RI 02903

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845