GIAN BENEDETTI

VS. C.A. NO: 06-176S

CITY OF PROVIDENCE'
By and through
STEPHEN NAPOLITANO,
In his capacity as Treasurer
of the City of Providence
ROBERT AUTERI,
AMY BIBEAULT, AND
DOES 1THROUGH 10

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL**

Now comes the Plaintiff by and through his counsel and hereby objects to Defendant's Motion to Compel.

Plaintiff,
By his attorney

______________________
James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900

**CERTIFICATION**

I hereby certify that on this ______ day of September, 2006, I mailed a true and accurate copy of the within to Attorney Joseph Penza, Jr. Olenn & Penza, LLP 530 Greenwich Avenue, Warwick, RI 02886.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**GIAN BENEDETTI** **C.A. NO. 06-176S**

**VS.**

**STEPHEN NAPOLITANO**
**In His Capacity as**
**TREASURER OF THE**
**CITY OF PROVIDENCE,**
**ROBERT AUTERI**
**And AMY BIBEAULT**
**And DOES 1-10**

**PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION**

Now Comes, the Plaintiff Gian Benedetti and hereby responds to the Request for Production filed by Defendants Amy Bibeault and Robert Auteri.

1. Any and all medical reports and bills from all physicians, hospitals or other medical institutions who have treated, examined or been consulted.

**RESPONSE**
Enclosed are medical reports and bills from St. Joseph's Health Services of Rhode Island and St. Joseph's Radiology Associates Inc.

2. Any and all Photographs taken of the parties or the scene of the alleged incident.

**RESPONSE**
See enclosed eleven (11) photographs of injuries sustained by the Plaintiff.

3. Any and all repair bills or estimates for the alleged property damage.

**RESPONSE**
None.

4. Any and all documents reflecting wage loss, disability or loss of capacity to earn.

**RESPONSE**
None.

5. Any and all documents which reflect the nature of the criminal charges as well as the disposition of said criminal charges that were brought against you as a result of the incident that gave rise to this litigation.

**RESPONSE**
Criminal complaint dated 12/22/02.

6. Any and all copies of tape recordings or transcripts of any of the traffic court or municipal trials relating to the motor vehicle charges lodged against the Plaintiff. If there are no such tapes or transcripts, kindly so indicate.

**RESPONSE**
None. No trial in this matter at either traffic court or municipal court.

7. Any and all copies of witness statements that the Plaintiff obtained during the course of pretrial discovery for the criminal case from either the Prosecution Bureau or the Attorney General's Office.

**RESPONSE**
See enclosed police report generated by the Providence Police

8. To the extent not provided above, any and all pretrial discovery material that the plaintiff received during the course of the criminal proceedings from either the Prosecution Bureau or the Attorney General's Office.

**RESPONSE**
See enclosed police report generated by the Providence Police.

9. Any and all documents which reflect the nature of any motor vehicle violation charges as well as the disposition of said motor vehicle violation charges that were brought against you as a result of the incident that gave rise to this litigation.

**RESPONSE**
See enclosed disposition of summons number 01409021054 and copies of the two tickets.

Plaintiff, Gian Benedetti
By his Attorney,

____________________________
James P. Howe, Esq. 2716
215 Broadway
Providence, RI 02903

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within Response to the Request for Production on this _________ day of September, 2006 to Joseph Penza, Jr., Esquire 530 Greenwich Avenue Warwick, RI 02886.

.