**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GIAN BENEDETTI

VS. C.A. NO: 06-176S

CITY OF PROVIDENCE'
By and through
STEPHEN NAPOLITANO,
In his capacity as Treasurer
of the City of Providence
ROBERT AUTERI,
AMY BIBEAULT, AND
DOES 1 THROUGH 10

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff by and through his counsel and hereby objects to Defendant's Motion to Compel Production of Documents.

Plaintiff,
By his attorney

/s/ James P. Howe
James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I hereby certify that on this 6th day of October, 2006, I sent a true and accurate copy of the within Objection to Motion to Compel Production of Documents by electronic means (ECF) to:

Attorney Joseph F. Penza, Jr. jfp@olenn-penza.com
Attorney Kevin F. McHugh kevin_mc1950@hotmail.com

/s/ James P. Howe
James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com