**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GIAN BENEDETTI

VS. C.A. NO. 06-176S

STEPHEN NAPOLITANO
In His Capacity as
TREASURER OF THE
CITY OF PROVIDENCE,
ROBERT AUTERI
And AMY BIBEAULT
And DOES 1-10

**PLAINTIFF'S RESPONSE TO**
**REQUEST FOR PRODUCTION OF DOCUMENTS**

Now Comes, the Plaintiff Gian Benedetti and hereby responds to the Request for Production filed by Defendants Amy Bibeault and Robert Auteri.

1. Any and all medical reports and bills from all physicians, hospitals or other medical institutions who have treated, examined or been consulted.

**RESPONSE**
Enclosed are medical reports and bills from St. Joseph's Health Services of Rhode Island and St. Joseph's Radiology Associates Inc.

2. Any and all Photographs taken of the parties or the scene of the alleged incident.

**RESPONSE**
See enclosed eleven (11) photographs of injuries sustained by the Plaintiff.

3. Any and all repair bills or estimates for the alleged property damage.

**RESPONSE**
None.

4. Any and all documents reflecting wage loss, disability or loss of capacity to earn.

**RESPONSE**
None.

5. Any and all documents which reflect the nature of the criminal charges as well as the disposition of said criminal charges that were brought against you as a result of the incident that gave rise to this litigation.

**RESPONSE**
Criminal complaint dated 12/22/02.

6. Any and all copies of tape recordings or transcripts of any of the traffic court or municipal trials relating to the motor vehicle charges lodged against the Plaintiff. If there are no such tapes or transcripts, kindly so indicate.

**RESPONSE**
None. No trial in this matter at either traffic court or municipal court.

7. Any and all copies of witness statements that the Plaintiff obtained during the course of pretrial discovery for the criminal case from either the Prosecution Bureau or the Attorney General's Office.

**RESPONSE**
See enclosed police report generated by the Providence Police

8. To the extent not provided above, any and all pretrial discovery material that the plaintiff received during the course of the criminal proceedings from either the Prosecution Bureau or the Attorney General's Office.

**RESPONSE**
See enclosed police report generated by the Providence Police.

9. Any and all documents which reflect the nature of any motor vehicle violation charges as well as the disposition of said motor vehicle violation charges that were brought against you as a result of the incident that gave rise to this litigation.

**RESPONSE**
See enclosed disposition of summons number 01409021054 and copies of the two tickets.

Plaintiff, Gian Benedetti
By his Attorney,

<u>/s/ James P. Howe</u>
James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I hereby certify that on this 6th day of October, 2006, I sent a true and accurate copy of the within Response to the Request for Production by electronic means (ECF) to:

Attorney Joseph F. Penza, Jr. jfp@olenn-penza.com
Attorney Kevin F. McHugh kevin_mc1950@hotmail.com

/s/ James P. Howe
James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com