UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GIAN BENEDETTI

VS C.A. NO. 06-176S

CITY OF PROVIDENCE, by and
Through STEPHEN NAPOLITANO
In his Capacity as Treasurer of the
City of Providence, ROBERT AUTERI
AMY BIBEAULT, AND DOES 1
THROUGH 10

**DISMISSAL STIPULATION**

The above-entitled matter is hereby dismissed with prejudice. No costs. No attorney's fees.

/s/ James P. Howe________________
James P. Howe, Esq. #2716
Attorney for Plaintiff
215 Broadway
Providence, RI 02903
PHONE: (401) 272-3900
FAX: (401) 831-9305

/s/ Joseph F. Penza, Jr. ________________________
Joseph F. Penza, Jr., Esq. #0607
Attorney for Defendants, Autieri and Bibeault
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Kevin F. McHugh ______________
Kevin F. McHugh, Esq. #3927
Attorney for Defendant, City of Providence
City Solicitor's Office
275 Westminster Street, Suite 200
Providence, RI 02903
PHONE: (401) 421-7740, ext. 133

**Dated: 12/20/06**